OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 01 2015

9/25/2015
APPLEGATE, JEFFERY DUANE   Tr. Ct. No. CF-12-1167A        WR-83,881-02
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
NOT IN TARRANT COUNTY JAIL

JEFFERY DUANE APPLEGATE
TARRANT COUNTY JAIL - TDC # 1804949
100 N. LAMAR
FORT WORTH, TX 76102

ANK

76102